

U. S. Department of Justice

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| U.S. Attorney's Office<br>150 Fayetteville Street<br>Suite 2100<br>Raleigh, NC 27601 | Telephone (919) 856-4530<br>Criminal FAX (919) 856-4487<br>Civil FAX (919) 856-4821<br>www.usdoj.gov/usao/nce |

DATE: June 28, 2022

TO: Clerks Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Michael F. Easley, Jr.
United States Attorney

ATTN OF: Bryan M. Stephany *BMS*
Assistant United States Attorney

SUBJECT: <u>United States v. CARROLLTON LEVON JENKINS</u>
<u>United States v. CARIO DONNELL JENKINS</u>
No. <u>7:22-CR-83-1D-RN</u> - Southern Division
No. <u>7:22-CR-83-2D-RN</u> - Southern Division

Please issue arrest warrants for the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office