UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:22-CR-83-1D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARROLLTON LEVON JENKINS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for the November 3, 2025, term in Raleigh. The case is hereby CONTINUED to _December 2025_ in Raleigh, North Carolina.

This __14__ day of __August__ 2025.

_____
James C. Dever III
U.S. District Judge