IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:22-CR-83-D-RN-1

UNITED STATES OF AMERICA

v.

**ORDER**

CARROLLTON LEVON JENKINS

Upon motion of the United States, with the consent of the defendant, and for good cause shown, it is hereby ORDERED that victim K.W. may appear by video teleconference for the sentencing hearing in this case set for February 24, 2026, at 1:00 p.m.

DONE AND ORDERED this 23 day of February, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

1