IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-83-D-RN-1

UNITED STATES OF AMERICA

v.

CARROLLTON LEVON JENKINS

**ORDER**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Motion for Restitution, Attachment 1 (including Exhibits A through D), Attachment 2, and the proposed order filed at Docket Entry 216 filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the 18 day of May, 2026.

JAMES C. DEVER III
United States District Judge