IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:22-CR-83-D-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CARROLLTON LEVON JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant

Carrollton Levon Jenkins for release of sealed materials and to extend the time to

file a response to the Government's Motion for Restitution. For good cause

shown, the motion is GRANTED. The United States Probation Office is directed

to provide Mr. Jenkins's counsel with a copy of the final presentence investigation

report, DE 193. The United States is authorized to release to Mr. Jenkins's

counsel the grand jury testimony of the victims identified in the Government's

Motion for Restitution, DE 216. Defendant's Response to the Government's

Motion for Restitution is due 1 July 2026.

SO ORDERED, this the __16__ day of June, 2026

_____
JAMES C. DEVER III
United States District Judge