IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:22-CR-83-D-RN-1

UNITED STATES OF AMERICA          )
                                  )
    v.                            )          ORDER
                                  )
CARROLLTON LEVON JENKINS,         )
                                  )
        Defendant.                )

This matter comes before the Court on the motion of Defendant

Carrollton Levon Jenkins to seal his Response in Opposition to Government's

Motion for Restitution (DE 226). Having considered the motion and other matters

of record, the Court finds that sealing is necessary to give effect to this Court's

Order DE 216, sealing the Government's Motion for Restitution, and Order DE

224, authorizing the United States to release certain grand jury materials to the

Defendant's counsel, and therefore the motion to seal should be GRANTED. The

Response in Opposition to Government's Motion for Restitution shall remain

under seal.

IT IS SO ORDERED.

This the ⁢ 7 ⁢ day of July, 2026.

_____
JAMES C. DEVER III
United States District Judge