IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:22-CR-83-D-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARROLLTON LEVON JENKINS | **ORDER** |

Upon motion of the United States, with the consent of the defendant, and for good cause shown, it is hereby ORDERED that the United States may provide copies of the sealed restitution filings at Docket Entries 216 and 226, including attachments, to attorneys at Moore & Van Allen who represent the victims.

DONE AND ORDERED this 29 day of July, 2026.

J. Dever

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE