IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:22-CR-83-D-RN-1

UNITED STATES OF AMERICA

v.

CARROLLTON LEVON JENKINS

**ORDER**

Upon motion of the United States, with the consent of the defendant, and for good cause shown, it is hereby ORDERED that the United States may provide copies of the sealed order filed at Docket Entry 240 to attorneys at Moore & Van Allen who represent the victims.

DONE AND ORDERED this 8 day of September, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE



Case 7:22-cr-00083-D-RN Document 246 Filed 09/08/26 Page 1 of 1